*John Spencer* v. *William Spencer and R. S. Corning.* C. Stevens, for complainant; N. Hill, Jun. and R. S. Corning, for the motion. Petition to have the moneys directed

to be brought into court in this cause by the defendant W. Spencer, or the securities taken by the complainant's solicitor in lieu thereof, applied to the payment of the part of the indebtedness of W. Spencer to the trust fund which Corning is decreed to be secondarily liable for to the complainant, dismissed with costs to be taxed.